UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Coyne's & Company, Inc., a Minnesota
corporation,

      Plaintiff,

v.

                        MEMORANDUM OPINION
                            AND ORDER
                            Civil No. 07-4095

Enesco, LLC, an Illinois limited
liability company.

      Defendants.

_____

      Paul L. Ratelle, Fabyanske, Westra, Hart & Thomson, P.A. for and on behalf of Plaintiff.

      James V. Garvey, Veder, Price, Kaufman & Kammholz, P.C. for and on behalf of Defendant.

_____

This matter is before the Court upon Plaintiff's request to file a motion for reconsideration.

The Local Rules provide that a motion to reconsider can only be filed with the Court's express permission, and then, only "upon a showing of compelling circumstances." L.R. 7.1(g). The district court's decision on a motion for reconsideration rests within its discretion. <u>Hagerman v. Yukon Energy Corp.</u>, 839 F.2d 407, 413 (8th Cir. 1988).

> Motions for reconsideration serve a limited function: to correct
> manifest errors of law or fact or to present newly discovered
> evidence. Such motions cannot in any case be employed as a vehicle
> to introduce new evidence that could have been adduced during

>pendency of the summary judgment motion. The nonmovant has an affirmative duty to come forward to meet a properly supported motion for summary judgment. . . . Nor should a motion for reconsideration serve as the occasion to tender new legal theories for the first time.

Id. at 414 (citation omitted).  The Court has reviewed its October 12, 2007 Order and concludes that it contains no manifest errors of law or fact.

IT IS HEREBY ORDERED that Plaintiff's request to file a motion for reconsideration is DENIED.

Date: October 23, 2007

                                                       s / Michael J. Davis  
                                                       Michael J. Davis  
                                                       United States District Court