# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Coyne's & Company, Inc., a Minnesota corporation, | Court File No. 07-CV-4095 (MJD/SRN) |
| Plaintiff, | |
| v. | **PLACEHOLDER FOR DEFENDANT AND ENESCO, LLC'S MOTION TO EXCLUDE ARTHUR COBB'S OPINION AND TESTIMONY FROM THE TRIAL OF THIS MATTER (FILED UNDER SEAL)** |
| Enesco, LLC, an Illinois limited liability company; Country Artists, Ltd.; and Mark Jeremy Orton and Allen Watson Graham, as Receivers of Country Artists, Ltd., | |
| Defendants. | |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

> *Motion to Exclude Arthur Cobb's Opinion and Testimony from the Trial of this Matter; Notice of Motion and Motion; Memorandum of Law; Word Count Compliance; Affidavit of Hilary Loynes and attached Exhibits and Proposed Order,*

If you are a participant in this case, this filing will be served upon you in conventional format.
This filing was not e-filed for the following reason(s):
\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )
\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)
\_\_\_ Physical Object (description):
\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
 _X_  Item Under Seal* (Document number 109)
\_\_\_ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
        (Document number of redacted version: \_\_\_ )
\_\_\_ Other (description):
* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally.  File a

copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).