UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Coyne's & Company, Inc., a Minnesota corporation,<br><br>      Plaintiff,<br><br>v.<br><br>Enesco, LLC, an Illinois limited liability company et al.,<br><br>      Defendants. | Court File No. 0:07-cv-04095 (MJD/SRN)<br><br>**PLACEHOLDER FOR COYNE'S & COMPANY, INC.'S MEMORANDUM IN OPPOSITION TO ENESCO'S MOTION TO EXCLUDE EXPERT WITNESS ARTHUR COBB'S OPINION AND TESTIMONY FROM TRIAL OF THIS MATTER** |

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

    Coyne's & Company, Inc.'s Memorandum in Opposition to Enesco's Motion to Exclude Expert Witness Arthur Cobb's Opinion and Testimony from Trial of this Matter [Filed Under Seal]

If you are a participant in this case, this filing will be served upon you in conventional format. This filing was not e-filed for the following reason(s):

\_\_\_\_   Voluminous Document\* (Document number of order granting leave to file conventionally:  \_\_\_)
\_\_\_\_   Unable to Scan Documents (e.g., PDF size of one page larger than 2MB, illegible when scanned)
\_\_\_\_   Physical Objection (description):
\_\_\_\_   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
  X   Item under Seal\* (Document Number 109)
\_\_\_\_   Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted versions:  \_\_\_\_)
\_\_\_\_   Other (description):

\*Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

N:\PL\80452\80452-011\1027115.doc